IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02560-CMA-KLM

TRAVIS E. SANDLIN,

    Plaintiff,

v.

PAUL GARCIA,
MARC BOLT,
JASON ZWIRN,
KEVIN MILYARD, and
CAROL SOARES,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2010

GREGORY C. LANGHAM
                CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: November __22__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02560-CMA-KLM

Travis E. Sandlin
Prisoner No. 126671
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Paul Garcia, Marc Bolt, Jason Zwirn,
Kevin Milyard, and Carol Soares – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Paul Garcia, Marc Bolt, Jason Zwirn, Kevin Milyard, and Carol Soares: COMPLAINT FILED 10/20/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/23/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk